# United States District Court

WESTERN DISTRICT OF WASHINGTON

LAMONT MONTY TOBY JACOBS,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: C10-5049 RBL

INDERSTYES COMPANY,

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1)    The Magistrate Judge's Report and Recommendation is approved and adopted; and

(2)    This action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

|  |  |
|---|---|
| May 11, 2010 | BRUCE RIFKIN |
| Date | Clerk |
|  | *s/ Mary Trent* |
|  | Deputy Clerk |